**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 24-30152 |
| | Chapter 11 – Subchapter V |
| The Fargo Brewing Company, LLC, | |
| Debtor. | |
| _____/ | |

**AMENDED NOTICE OF HEARING**

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **Thursday, May 9, 2024, at 10:00 A.M.** to consider and act upon the following matters:

- **Application by Debtor to Employ Vogel Law Firm as Attorneys for Debtor, filed April 15, 2024 (Doc. 14).**

- **Objection by United States Trustee to Application to Employ Vogel Law Firm as Attorneys for Debtor, filed April 26, 2024 (Doc. 54).**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: April 26, 2024.

                                                Kay A. Melquist, Clerk
                                                United States Bankruptcy Court
                                                Quentin N. Burdick United States Courthouse
                                                655 1st Avenue North, Suite 210
                                                Fargo, ND 58102-4392

                                            By:   /s/ *Michael Kloberdanz*
                                                           Michael Kloberdanz, Deputy Clerk

Copy served electronically April 26, 2024, on Electronic mail list for Case No. 24-30152.