**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Fargo Brewing Company, LLC,

                        Debtor.
_____/

Bankruptcy No. 24-30152
Chapter 11 – Subchapter V

**ORDER APPROVING APPLICATION TO EMPLOY**
**VOGEL LAW FIRM AS ATTORNEYS FOR DEBTOR**

Debtor The Fargo Brewing Company, LLC, filed an Application for Entry of an Order Authorizing the Retention and Employment of Vogel Law Firm as Counsel for the Debtor-in-Possession Effective *Nunc Pro Tunc* to the Petition Date.  Doc. 14.  The United States Trustee filed an objection to the application.  Doc. 54.  Debtor responded to the United States Trustee's objection.  Doc. 65.  On May 9, 2024, the Court held a hearing on the application.

Based on the application, Affidavit of Steven Johnson, Affidavit of Caren Stanley and other evidence received at the hearing, and for the reasons stated on the record, the Court finds cause for approving the application.

**IT IS ORDERED** that the application to employ is APPROVED effective April 15, 2024, subject to the limitations on compensation provided by 11 U.S.C. § 328.  This order is not a determination that the services or rates charged are necessary and reasonable. The person or entity employed under this order shall file a fee application in accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedures.  See Fed. R. Bank. P. 2016, 2017 and 11 U.S.C. 329, 330.  Applicant must also comply with Local Rules.

As required by applicable federal rule or statute, the Movant shall serve this Order on all appropriate parties that will not receive notice of electronic filing.

Dated: May 9, 2024.

*[signature: Shon Hastings]*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT