**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

The Fargo Brewing Company, LLC,

                      Debtor.
_____/

Bankruptcy No. 24-30152
Chapter 11 – Subchapter V

## ORDER REGARDING SUBCHAPTER V TRUSTEE'S MOTION FOR POST-PETITION SECURITY DEPOSIT

Subchapter V Trustee Thomas Kapusta filed a Motion for Post-Petition Security Deposit, seeking a post-petition security deposit in the sum of $6,000.00. Doc. 35. Debtor objected to the motion. Doc. 72. The United States Trustee filed a reply to the Debtor's objection. Doc. 76.

On May 9, 2024, the Court held a hearing on the motion. Creditor First Western Bank & Trust supported the Subchapter V Trustee's motion. All other interested parties maintained the positions asserted in their pleadings.

During the hearing, Debtor consented to pay a retainer in the sum of $1,725 to the Subchapter V Trustee, which is equal to the retainer Debtor's attorneys held at the time of the petition. The sum of the retainer Debtor agreed to provide to the Subchapter V Trustee is consistent with the relief the Court granted in the Order Granting Motion to Use Cash Collateral. See Doc. 84. For the reasons stated on the record, the Court finds no authority to order Debtor to pay the Subchapter V Trustee a retainer in excess of this sum. Therefore,

**IT IS ORDERED** that the Motion of the Subchapter V Trustee for Postpetition Security Deposit is granted in part and denied in part.  Debtor is authorized to pay the Subchapter V Trustee a security deposit in the sum of $1,725.  All other relief is denied.

Dated: May 9, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT