UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| The Fargo Brewing Company, LLC | ) | Case No. 24-30152 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

NOTICE OF SUBCHAPTER V TRUSTEE WITHDRAWAL

Thomas J. Kapusta, Subchapter V Trustee, was appointed April 16, 2024, as Subchapter V Trustee on this matter.  Effective immediately, Thomas J. Kapusta withdraws as Subchapter V Trustee on this matter.

Dated: December 5, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| The Fargo Brewing Company, LLC | ) | Case No. 24-30152 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  December 5, 2024

<u>/s/ Thomas Kapusta</u>
Thomas Kapusta